

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00468-CR

**EX PARTE** Jerry Soliz **MARTINEZ**

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR1459
Honorable Lori I. Valenzuela, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 8, 2014.

_____
Karen Angelini, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle, Clerk